# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-14-00801-CR

Jason **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8235
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

When this appeal was filed, the Bexar County District Clerk's office notified this court in its Certificate of Notice of Appeal that attorney Richard E. Langlois had been appointed to represent appellant in the appeal. Langlois is the only counsel who has appeared for appellant in this appeal and he filed a brief on May 4, 2015.

Langlois has filed a motion to abate the appeal and remand to the trial court for a clarification of the status of counsel on appeal. The motion states the Bexar County District Court Administration has denied his claim for payment because the District Clerk's file does not contain a signed order appointing him counsel for appellant.

We grant the motion. We abate this appeal and remand the case for the trial court to issue an order clarifying the status of appointed counsel. We order the District Clerk to file a supplemental record **by August 17, 2015** containing the trial court's order.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

Keith E. Hottle
Clerk of Court